■ LISA MARIE GUY, Respondent, v ERIC GUY, Appellant. (Appeal No. 2.) [45 NYS3d 826]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 6, 2015. The order directed defendant to pay attorney's fees of $13,958.26 to counsel for plaintiff.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs, and plaintiff's application for attorney's fees is denied.

Same memorandum as in *Guy v Guy* ([appeal No. 1] 147 AD3d 1305 [2017]). Present—Centra, J.P., Carni, Lindley and Scudder, JJ.

■ In the Matter of the Adoption of ANASTASIA, an Infant. MARK A.B., Respondent; AARON I., Appellant. [45 NYS3d 827]—Appeal from an order of the Surrogate's Court, Wayne County (Daniel G. Barrett, S.), entered June 4, 2015. (2015 NY Slip Op 32665[U] [Sur Ct, Wayne County 2015]). The order, among other things, adjudged that the adoption of the subject child may proceed without respondent's consent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.

■ JAMES SAVAGE, Appellant, v EDWARD D. HANCOCK, Respondent, et al., Defendants. [45 NYS3d 827]—Appeal from an order of the Supreme Court, Monroe County (William K. Taylor, J.), entered February 24, 2016. The order denied the motion of plaintiff for partial summary judgment on liability pursuant to Labor Law § 240 (1) against defendant Edward D. Hancock.

Now, upon the stipulation of discontinuance signed by defendant Lourdes Marcial on November 1, 2016, and by the attorneys for the parties on October 26 and 31, 2016, and filed in the Monroe County Clerk's Office on November 22, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, Peradotto, Carni and Lindley, JJ.